IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-58-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID MICHAEL WORLEY, | ) | |
| | ) | |
| Defendant. | ) | |

On June 9, 2022, David Michael Worley ("Worley") moved for early termination of his supervised release [D.E. 2]. The court has reviewed the motion and the record. Not later than June 30, 2022, Worley's probation officer will advise the court of Worley's performance on supervised release, the status of Worley's financial obligations, and whether the probation officer recommends early termination. Worley and the United States may then respond to the probation officer's update.

SO ORDERED. This 20 day of June, 2022.

JAMES C. DEVER III
United States District Judge