IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-cr-0058-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID MICHAEL WORLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States of America's motion to seal Exhibit 1 attached to its response in opposition to Defendant's motion for early termination of supervised release. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1 attached to the United States' response in opposition to Defendant's motion for early termination of supervised release.

SO ORDERED this 7 day of July, 2022.

JAMES C. DEVER III
United States District Judge