IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-58-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID MICHAEL WORLEY, )<br>)<br>Defendant. ) | **ORDER** |

On June 9, 2022, David Michael Worley ("Worley" or "defendant") moved for early termination of supervised release [D.E. 2]. On July 6, 2022, the government responded in opposition [D.E. 5].

In deciding whether to grant Worley's motion for early termination of supervised release, the court has considered the entire record. For the reasons stated in the government's response, Worley's motion [D.E. 2] is DENIED.

SO ORDERED. This 12 day of July, 2021.

JAMES C. DEVER III
United States District Judge